**Order entered January 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00055-CV

### IN THE INTEREST OF S.B. & S.B., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-12-1096-X

## ORDER

Before the Court is appellant's January 15, 2020 motion to extend time for filing her notice of appeal. We **GRANT** the motion and deem the notice of appeal filed January 9, 2020 timely for jurisdictional purposes.

/s/     BILL WHITEHILL
            JUSTICE